# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2696
LT Case No. 2011-032380-CFAES

_____

MICHAEL E. WYNN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Jacob Grollman, of Grollman Law P.A., Bradenton, for Appellant.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____